1  **JENKINS & HOGIN, LLP**
   **Lauren B. Langer (SBN 238629)**                                    **JS-6**
2  **(llanger@localgovlaw.com)**
   **1230 Rosecrans Avenue, Suite 110**
3  **Manhattan Beach, California 90260**
4  **310-643-8448 (office)**
   **310-643-8441 (fax)**
5
   **MARISCAL WEEKS McINTYRE**
6  **  & FRIEDLANDER, P.A.**
   **Glenn M. Feldman**
7  **(glenn.feldman@mwmf.com)**                NOTE: CHANGES MADE BY THE COURT
   **2901 N. Central Avenue Suite 200**
8  **Phoenix, Arizona 85012-2705**
9  **602-285-5138 (office)**
   **602-285-5100 (fax)**
10
   **Attorneys for Plaintiff**
11 **Santa Ynez Band of Mission Indians**

12

13              **UNITED STATES DISTRICT COURT**

14              **CENTRAL DISTRICT OF CALIFORNIA**

15

16 | SANTA YNEZ BAND OF MISSION        | Case No. CV10-8831 VBF(SHx)
17 | INDIANS, a federally recognized
   | Indian Tribe,
18 |                                   | **ORDER GRANTING**
   |                Plaintiff,         | **STIPULATION**
19 |                                   | **OF DISMISSAL**
   |     v.
20 |
   | UNITED STATES OF AMERICA,
21 |
   |                Defendant.
22

23      Based upon the "Stipulation of Dismissal" ("Stipulation") between plaintiff

24 Santa Ynez Band of Mission Indians and defendant United States of America, and

25 for good cause shown,

26 ///
   ///
27 ///

28

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation of the parties is **HEREBY APPROVED**;
2. This action is **DISMISSED WITHOUT PREJUDICE and this case is closed.**
3. All future dates are taken off calendar.

**IT IS SO ORDERED.**

Dated: April 7, 2011

_____
**VALERIE BAKER FAIRBANK**
United States District Judge

PROPOSED ORDER
PRESENTED BY:

_____/GMF/_____
Glenn M. Feldman
Mariscal, Weeks, McIntyre
  & Friedlander, P. A.

Attorneys for Plaintiff
Santa Ynez Band of Mission Indians

-2-

ORDER GRANTING STIPULATION OF DISMISSAL